United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Bird Road Shoppes, LLC and Emergency Response and Repair, LLC, Plaintiffs, <br><br> v. <br><br> Scottsdale Insurance Company, Defendant. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-20001-Civ-Scola |

### Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Defendant's respective motions for an extension of time to move for attorneys' fees and costs and the Defendant's motion for fees and costs. (Order, ECF No. 82). On May 12, 2020, Judge Torres issued a report, recommending that the Court deny the motion for costs on the basis that it is untimely and the motion for fees on the basis that it is untimely and fails to show the hours expended or that the rates charged were reasonable. (R. & R., ECF No. 85.) No objections have been filed and the time to object has passed. As a result, the Court reviews Judge Torres's report for clear error. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court finds the report and recommendation cogent and compelling.

Accordingly, the Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 85**), and **denies** the motions (**ECF Nos. 79-81**).

**Done and ordered** at Miami, Florida, on May 29, 2020.

_____
Robert N. Scola, Jr.
United States District Judge